**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

MR. RICHIE-A-HILL-#20689-018-
(1) DAVID-BAXTER(HILL)-BOSDALE: RICHIE-)BASQUIAT-SACHS-
(Name of Plaintiff) (Inmate Number)

U.S.P ALLENWOOD-P.O. BOX #3000-
(Address) WHITE DEER, PA (17887)

(2) U.S.A-/-
(Name of Plaintiff) (Inmate Number)
U.S-P-ALLENWOOD-
P.O. BOX-#3000-WHITE DEER-PA
(Address) (17887-)

(Each named party must be numbered, and all names must be printed or typed)

JURY-TRIAL; DEMANDED:- 1-15-18

FILED HARRISBURG, PA
JAN 3 0 2018
Per [signature]
Deputy Clerk

(Case Number)

vs.

**CIVIL COMPLAINT**

(1) U.S.-GOVERNMENT &- B.O.P-GOVERNMENT of prisons
(2) WARDEN: ODDO L.J.-
(3) MEDICAL-doctor BUSHMAN-
(Names of Defendants)
4#(45) Tenth DOE-UNKNOWN DEFendants Etc-All
(Each named party must be numbered, and all names must be printed or typed)

(SEALED)-BY-U.S. GOVERNMENT-TO-INVESTIGATE-ALL-CLAIMS-from-2000-2025-Etc Etc-All CASES/-of (Hill)-

/(Filed Both-Apply Here-)/

TO BE FILED UNDER: (✓) 42 U.S.C. § 1983 - STATE OFFICIALS
(✓) 28 U.S.C. § 1331 - FEDERAL OFFICIALS

**I. PREVIOUS LAWSUITS**

(SEALED)
☒ ALL-CAUSE-AND-CASES-ACTIVE (SEALED)

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

☒ DON'T REMEMBER (Etc-ALL) But-THERE ARE A-(FEW, H(FILED) from-(2000) 2025/- THE-ILLEGAL-BOP-GOVERNMENT-UNDERWORLD-OPERATIONS (ACTIVE) Rothschilds-RLHMBGH/ Hastings- SEALED-IN-OATH (THE-UNSEEN-EYE)-(EDEN'S)-opt-of-THE-FEDERAL GOVERNMENT, (Active-) 1978-2075- (Active) 1-15-18-SEALED-to-protect-THE-U.S.- GOV.-SUEING for $6.5-Million-CASH) EACH- (ACTIVE) [illegible]

Pg-2-of-3

(Paper's) - In - (The United States - of - America

Attachment # A - 740 - Federal - court - ) etc.

FILED
HARRISBURG, PA
JAN 3 0 2018
Per ______
Deputy Clerk

(SEALED) - Dated - 1/15/18 -

Exhibit - # 740 -

(Declaration - of - Law -

Notice of - / Declarations -

V. (Relief) - cont, - (Affidavit) #6

part, # 2 - Legal - documents -

I - plaintiff - Hall - R - #20689 - 018 -

Signing - over - to -

→ (Mrs. - Bernice - H. - Eason - ) GM -

All sums - of - (4) - different - lawsuits - of -

($6.2 - Million - cash) each - (As - power - of - Attorney)

of - All - Legal - claims - of - (Hall) #20689 - 018 -

to - All - money sums - (As - owner - of - It) - And to

my - kids - And - for - the $12.5 - Million - cash ) - to - my -

daughter - (Mrs. Brandon - Zamani - Laila - B[illegible] -)

(only - as - owner - of - It, - (7) - different - lawsuits

(Sealed) - By - The - Government - And - Federal -

And - State - courts - (1998) - 2025 / - etc.

→ (Dated - 1/15/18 - ) (Active - ) (Sealed) -

Declaration - of - Law, -

( proceed - In - Judgement )

by - The - Federal - courts - etc. -

etc (In - All cases) -

for (7) - different - wrongful - / Deaths - Lawsuits

on - (Hall) of - plaintiff - (Mr. Hall - Richie - A - ) David - Baker

Bosdine - (Hall) - #20689 - 018 - Sealed - cases, (1978) - 2025 /

By - The Government - In - United State - of - America

→ Singed - By - plaintiff -

(Mr. Richie - A - Hall - #20689 - 018

David - Baker - Hall -

(Documented - from - 1978 - 2018) -

opt - (Ebens) - [illegible] - [illegible] -

(Active) Executed - By - Mr - Hall - Richie - A - Hall

David - Baker (Hall)

[illegible] # 20689 - 018 -

→ Dated - 1/15/18 - ) - states - PA - [illegible]

pg-3-of-2 cont. (AFFIDAVIT -) #449 - FILE -742-841-
V. (RELIEF) - CONT. - pg #439 -
(LEGAL - DOCUMENT) -

EXHIBITZ #194 - pg-46-
(A) -

DATED: 1-25-18 -

AND - THAT - I - BE - ABLE - to - BUY ($1500) - IN - (NIKES - TENNIS - SHOES -) AND (STACY - ADAMS -) DRESS - (SHOES) AND (WATCHES) - ETC - ALL, / AND - A (CD) player SONY WITH - OVER (#75) - CDS - / AND - A - DIRECT - ACCESS - to A - COURT - ORDER - to (THE - U.S. - COURTS,) ETC. - ALL - of - EACH - STATES, ETC - AND - IF - THE - ORDERS - CONTRA[illegible] ... [illegible] VIOLATED) to BE - ABLE - to CONTACT, (THE - U.S. - PRESIDENT, (MR - DONALD - TRUMP) AND - THE - ATTORNEY - GEN of - EACH - STATES / [illegible] - to BE - MOVED - to - A - BETTER - MENTAL / HOSPITAL / STATE - EACH - (1-) YEARZ - PERIOD / (SEALED) - ETC / - (BY - THE U.S. - GOVERNMENTS - [illegible]

3rd (COURT ORDERED) cont.:

I - ASK - to HAVE - A (PRIVATE -) DOCTOR - AND (PHD.) (ALL FEMALES -) ETC, - to - TREAT - ME (IF - I - get - MENTALLY - ILL -) - AT - A - STATE (FREE WORLD -) HOSPITALS - IN - EACH - STATES - PRISONS - OR MENTAL STATES - MENTAL / HOSPITALS - IN (Holly Wood - CA) OR (ST - SIMMON ISLAND - GA) (UNLIMITED) MEDICAL - CARE & DENTAL - CARE - / - EVEN IF I - WANT - to get ($15,000 - CASH) WORTH - OR (#16 (18 - KT) - golds - OR - DIAMONDS - ETC - THAT - I - WOULD - PAY - FOR) - MYSELF / [illegible] (UNLIMITED SEALED) / AND (A $300) SONY - CAMARA - [illegible] (Digital)

(THANKYOU -)

ID #K9A7487 - H -

MEG - NO - #20689 - 018 - / -
EXCUTED - 1 / 24 / 18 -
MR - [illegible] BOSDALE
DAVID - BAXTER [illegible] BASQUIAT
(PRO - SE) SACKS - BASSKETTES

(AFFIDAVIT); # 449 - FILE - 841 - F - DATED (1-24-18) -

pg - 3 - of - 2 -

V. (RELIEF); - cont. - pg - #139 -

LEGAL - DOCUMENT -) (EXHIBITZ # 194 - pg - 45 (A)

(out - of - THE - FEDS); -

1st I'M - ALSO - ASKING - FOR - A - (TRO), ORDER - Etc / AND - to - BE - transferred - to (A - State - prison -) OR - State - MENTAL - Hospital - Etc. (UNTIL) My - RELEASE After - (3) - years - 2018 - 2023 / - BACK into - the - FREEWORLD to - (SEALED) - By - THE - U.S. - GOVERNMENT & FEDERAL Courts - ORDERED - By - THE - U.S. PRESIDENT MR - DONALD - trump IV - to - (DIE) = At - HOME - Etc. - WITH - My - SUM - of ($ 6.2 - MILLION - CASH - Judgement paid - to ME - (HIM) BY - (THE - B.O.P - GOVERNMENT & of - THE - B.O.P - prisons - for - My / Wrongful / tort / DEATH / LAWSUITS of - MR - (HALL) R - # 20689 - 018 / # (2) / AND # 2 - of - MR / JAMES Curtis / MARTIN, / 2000 / - CASES / # K4575679 - F - sum for - All (My - INJURIES -) Etc - ALL - FROM - (2000 - 2025) / - (Active) - it - is - DUE - Just, / - Etc. -

(DATED) 1 / 15 / - 18 - (SEALED) -

- I - BELIEVE - if - I - STATE - IN - THE - FEDS - I - WILL - BE SUBJECTED - to - KILL - OR - MADE - to - KILL - BY - THE - B.O.P - GOV. - Like - for (2000) - CASES - Etc -

2nd (AN - INJUNCTION - ORDER - too - RT) I - ASK - that - My - phone - AND - COMMISSARY - PREVILEGES (BE - REINSTATED -) AND - THAT - A - ORDER - BE - Sought - to - ALLOW - ME - to - get (VISITS) CONTACT VISITS - IN - A - State - prison - from - My - WIFE AND (KIDS) AND (FAMILYZ) to - INSURE My - SAFETY - AND - HEALTH WELL - BEING - IS - Kept; THAT - I - BE - ABLE to - SPEND - ($ 1500) - CASH - EACH - MONTH - ON - ITEMS - clothes / food - ($ 400) - BOOM - BOX - RADIOS / & (SONY - T.V'S COLOR) E - AND - A ($ 400.00) - dollar (COMPUTER) AND (TYPE - WRITER) to - BE - placed - IN - My - CELL (At - ALL) TIME (Court ORDERED) (Not) to BE - taking - At (ANYTIME) - Etc - At - A - State - (private prisons) OR - (MENTAL - STATE - HOSPITAL) - IN - (GA) / - ON - St - SIMMONS - ISLAND - GA / - OR - IN - HOLLYWOOD - CA - OR - (LAS - VEGAS - NV, -) - Etc / WITH - strict - orders - Not -

(Left margin:) CASH - MILLION - WITH - MY - ($ 6.2 - SUM - Judgement - LAWSUIT MONEY (CASH) ITEMS - ORDERED (TAXED)

(DATED) → 1-15-18

(UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF PENNSYLVANIA)

DEFENDANTS (CONT.) page 2 of 1 — EXHIBITS #341 - pg - 425 -

AFFIDAVIT # 421 - pg - 797 -

THERE ARE OVER #(25) - CO/OFFICERS OF THE B.O.P. GOV. AND #(45) UNKNOWN - JOHN DOE / DEFENDANTS (ABOVE) etc. INCLUDING (JUDGES) AND LAWYERS etc. / WHO ARE INVOLVED WITH THE GOV. OFFICIALS THAT ILLEGALLY TOOK OUT HITZ AND KILL ME - (HILL) - 20689-018 / OVER A 18 YEARS - STAT. PAROLED, AND KILLED INMATES etc. (DOCUMENTED) IN FEDERAL COURTS AND STATE COURTS (STAMPED) / & APT.

2017/ - (2018 -) U.S.P. - ALLENWOOD (STAFF) /

DEFENDANTS 1# BOYER - CO. OFFICER
2# LT - REDD - CO/OFFICER
3# CO. ACKLEY -
4# CO - FRY
5# CO - PENNSENNYL
6# CO - THOMPSON -
7# MD - BUSHMAN =
4-A-UNIT 8# PA - WICKHAM - THOMAS
9# PA = MRS - MARTINEZ
10# PA - HUMP -
11# PA - CRAIG -
12# CAPTAIN - FELTON -
1-A-UNIT 13# PHD MRS - LADA -
-A-UNIT 14# PHD MRS. MALESPINI -
15# WARDEN - ODDO - L.J.
1-A-UNIT (PHD) 16# INTERN, MRS - CHAPLIN -
2018 UNIT MEETING 17# MR - STACKHOUSE -
(CM) 18# MRS - DEWALT -
19# MR. BIRDSALL (CM)
4-A-UNIT 20# MR. ANTONACCI (C)
21# MR - KAY - PHD

(ILLEGAL - B.O.P. - GOV. - CORP. -)

ALL - ILLEGALLY TOOK HITZ OUT ON ME FROM (2017) / 2018, CRIMES - DOCUMENTED & etc. THREW FEDERAL COURTS - AND - STATE COURTS - (HILL) #20689-018 / ASKING - SUEING FOR $6.2 - MILLION CASH - 1-15-18 - #K45756 - FEGERMA

(CONT.) 22# UNKNOWN / JOHN DOE / DEFENDANTS - ETC. ALL - TO BE CRIMINALLY CHARGED -

EXECUTED ON 1-15-18

MR. Richie A. Hill - BOSDALE

DATED BACTER (HILL -)

BASQUEZ - STACKS - BASSEL

INMATE NAME/NUMBER: DAVID BAXTER
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD
P.O. BOX 15000
WHITE DEER, PA 17887

5/4A

RETURNED FOR ADDITIONAL POSTAGE WHEN REMAILING

FOREVER USA
PURPLE HEART

(Notice-of-Appeal) Filed (12/8/17) Active — To: The Regional-Director - Northeast-Regional-Office - U.S.-Custom-House - 2nd-&-Chestnut-Street 7th Floor Philadelphia, PA. 19106

Legal-Mail - 12/9/17

DEC 22 2017

Reform (Genz #K4575 - F - Miens - Ebens)

My-Mother - Addresses D. Hellyer-Sachs - Claudette - Diane Wilson A.K.A. - (Aveeno) (Bloody Red) Selma-Aikens - #1860 - Swamp-Rd. - S.E. Townsend, GA. - 31331

(Hellyer) (1/4/18) Mrs. Velma-Bryant (SMA) A.K.A.-Benita-Dwarb (Mussia) Bosdale - #1519 - Stonewall St. Bwk. - GA. - 31520

12/26/17 11:15 pm

1# Look-up-My-old-Cases-
IN-THE-(7TH ~~[illegible]~~ -) Circuit) -
Springfield-Mo.- (Missouri) -
(Etc-All-Casees-) of (Richie-Antonio-Hill-) U.S.- Vs.-
From-(1990 - 1998 -) -
(Death-Pentalty) - or - (Murder- Cases)

2# - State-of-Georgia-
- Vs. -
(Richie-A-Hill - #20689-018-
Case - Etc - All - 1993 - 1995 - OR (1990 - 1994-) -
Sealed - Cases -/ Judicial - court (charge - as - Adualt) -
All - First - Degree - Murder - charges -
of - Hill / Cases -
U.S. - of - Georgia - Vs. -
Antonio Richard - Hill -
dop - Murder -
Glnny - County - GA -
(10TH - Circuit) -

THE - Familyz - Cases -
of - (Mr - David - Bosdale) or - Barksdale -
(1980 - 1998 -) (Etc - All - Cases) / -
(6TH - Circuit) -
U.S. - of Illinois - Chicago - /
Vs. -
(David - Bosdale -) -
IN - (Tenn) - (Missi) - (Ill) - (GA.)
(1966 - 1999 -) - Crimial -

FILED
HARRISBURG, PA
JAN 30 2018
Per [signature] Deputy Clerk

U.S. - District - Court -
Southern - District - of / Illinois

5/8/10

(X) [Notice - of - Appeal] -
- / Motion /

[Mr. - Baxter - V. - Lappin - Et, Al -]

Case No# 3:09 - CV - 00896 - JPF

I'm going to Appeal this Case - No# 3:09 - CV - 00896 - JPF [Baxter - V. - Lappin Et, Al] - Under - the - grounds of that - I don't know - Law) / and / that [I'm / Mentally Ill] - and - that I showed Documents [that - I / had - broken bones] and / That I shown that / A / Crime happened / etc / - but the - Benton Illinois Court still Dismissed My Case - for / me / not stating / A / - Claim - [I'm / not / A / Lawyer] / etc / -

(X) / I / declare - under - Penalty - of / - Perjury - that - the - Foregoing is - true - / and / Correct. -

ID# - KB4575AB - F - GEMZ - opt. - illegal - B.O.P. -
- Government - operations / Active /

Executed - on / 5/8/10 /

[Mr. - David - Baxter] / [signature] -
(Pro - Se)

THEY - HAVE - A - BOP - ILLEGAL / OPERATION / ON - ME (HALL) THAT - IS - BEEN - GOING - ON - FOR - A - 2000 - 2025 -

2. THAT (I - GOT - IN JURIED - IN - FOR (20) PLUZ - YEARZ I - TRIED - TO - FILE - IN - FEDERAL - COURTZ BUT THE - INJURIES AND - HOW - THE - B.O.P - GOVERNMENT - MASTER - MINDED THE - MURDERZ - OF - (JAMES - CURTIS - MARTIN) FROM - D.C. - THAT - I - KILLED IN 2000 AT U.S.P - FLORENCE - COLORADO PRISON - BECAUSE I - KILL - (5) COPZ - AND - ONE - FEDERAL CO/OFFICER - NURSE. THAT - KILL A - INMATE THE - FIRST TIME I - WAS - IN - THE - FEDS - IN - MO. - ETC - THEY - USE - ILLEGAL - INFORMANTS - RATZ - TO - GET INFORMATION

3. FOR - COP - KILLERZ, ETC. - THEY - GET KILLED, BUT THE - JUDGEZ - ALLOWED - THE B.O.P - CO/OFFICERZ TO GET AWAY WITH - MURDERING (6) INMATES - THAT I - WITNESSED AND - THE CHARGED - ME - FOR - MURDER IN (2000) - BUT AIN'T - NOT CHARGE THE - CO/OFFICERZ WHO - MASTER - MINDED - IT ALL (THE HITS) - ON - ME (HALL) IS STILL - ACTIVE (2018 / 2025) - MY - HEALTH - IS - FAILING BECAUSE - OF THE B.O.P - GOVERNMENT STAFFZ - POISNING - ME. CHANG - OUT MY - (JAWBONE) - AND - INJECTING - ME WITH - MENTAL - MEDICATIONS TO - COVER UP THE (HITS) -

(ME - DEAD - STATEZ (ACTIVE 2018 / 2025))

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.) (SEALED) BY - THE U.S. - GOVERNMENT - TO - PROTECT THE GOV.

1. I'M - ASKING - FOR ($6.2 - MILLION - CASH - LAWSUIT FOR: A - WRONGFUL - DEATH / LAWSUITES / OF ME RICHIE ANTONZO - HALL / #20689-018 / - BOUT THE B.O.P - GOVERNMENT & C.O - OFFICERZ - KILLING - ME HALL - #20689-018 (2000) - 2018 - / FILED - ETC -

2. OVER - A - (18) - YEARZ TIME - PLUS (1998) 2025 FROM - LAWSUITZ - FELL - MAY - STARTS - HOW - (THE B.O.P - GOV. & STAFF (KILLED) ME - BY - MEDICAL ATTACKZ - AND - THE DOCTORZ STATED - YOU ARE A - (5) - TIME COPZ - KILLER) YOU - HALL - AN.

3. ARE - (DYING - SLOW -) DUE TO - MEDICAL - INJURY OVER - THE YEARZ (THERE - NOTHING - WE - CAN DO - (HALL) ETC. ACTIVE) - 2018 / 2025 / -

☒ I - ALSO - ASK - THAT - I - BE - GRANTED (FREEDOM) & AND - RELEASED - TO - THE (FREE WORLD) - BECAUSE OF - THE - B.O.P - GOVERNMENTS - CRIMEZ ON ME - I - ALREADY - DID - MY - TIME - 1998 - 2018 - OVER (22) + YEARZ (FOR - NOTHING) - BUT - (SEALED) - CROOKED - JUDGEZ - CRIMEZ / ETC / - AND - COPZ - CRIMES - (ILLEGALLY - UNPUNISHED - BY - LAW) - ETC /

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15 day of (1/15/18) — , 20 18.

(Signature of Plaintiff)

UNITED STATES POSTAL SERVICE
1005
17108
U.S. POSTAGE
PAID
WHITE DEER, PA
17887
JAN 29, 18
AMOUNT
$0.00
R2305K138972-02
JAN 26 2018
PRIORIT
MAIL
VISIT US AT USPS.COM®
Label 106, July 2013
LEGAL - MAIL
RECEIVED
HARRISBURG, PA
JAN 30 2018
Per
Deputy Clerk
MAILED FROM
U.S. PENITENTIARY
U.S. - COURTHOUSE
#228 - WALNUT - STREET
P.O. BOX, # 983
HARRISBURG, PA.
Expected Delivery Day: 01/30/2018
USPS TRACKING NUMBER